

**Dana DeBeauvoir** *Travis County Clerk*

PO Box 149325, Austin TX 78714-9325 | **Phone:** (512) 854-9188 | **Website:** www.traviscountyclerk.org

February 9, 2015

The Honorable Jeffrey D. Kyle
Court of Appeals
Third District of Texas
P.O. Box 12547
Austin, TX 78711-2547
*DELIVERED VIA E-MAIL*

RE:     Court of Appeals Number:  03-14-00512-CR
        Trial Court Case Number:  C-1-CR-13-220763

Style:  Crae Robert Pease
        v. The State of Texas

Dear Honorable Jeffrey D. Kyle:

The supplemental clerk's record was due on January 30, 2015.  On January 20, 2015 a hearing was held in County Court at Law No. 6 with the Honorable Bob Perkins presiding. As of today, February 5, 2015, the Travis County Clerk has not received any orders subsequent to that hearing.

Respectfully,

Frances Manor
Travis County Clerk
Misdemeanor Division Director

**Recording, Elections, Computer Resources, Accounting, and Administration Divisions**
5501 Airport Boulevard, Austin, Texas 78751-1410

**Misdemeanor Records, Civil/Probate/Commissioners Court Minutes, and Records Management Divisions**
1000 Guadalupe, Austin, Texas 78701-2328